**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>JOSEPH R. MANNING JR. SBN 223381<br>LAW OFFICES OF J. MANNIG JR. A PROFESSIONAL CORP.<br>4667 MacArthur Blvd, Suite 150<br>Newport Beach, CA 92660<br>TELEPHONE NO.: (949)200-8755   FAX NO. *(Optional):* (866)843-8308<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 411 W 4TH Street Room1-053<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92701-4516<br>BRANCH NAME: Southern Division-Central District of California | |
| PLAINTIFF/PETITIONER: Joshua Keahey, et al<br>DEFENDANT/RESPONDENT: BERTRAND MANAGEMENT GROUP LLC, et al | CASE NUMBER:<br>SACV12-01770 CJC (ANx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* NOTICE OF ASSIGNMENT TO US MAGISTRATE JUDGE FOR DISCOVERY, NOTICE TO PARTIES OF COURT DIRECTED ADR PROGRAM, NOTICE OF INTERESTED PARTIES
3. a. Party served *(specify name of party as shown on documents served):* BM GROUP LLC
   b. [X] Person *(other than the party in item 3a)* served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* DAN BUTLER ( AGENT FOR SERVICE AUTHORIZED TO ACCEPT)
4. Address where the party was served: 7932 WATERFALL CIRCLE, HUNTINGTON BEACH, CA 92648
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 11/08/2012   (2) at *(time):* 3:10 PM
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

PLAINTIFF/PETITIONER: Joshua Keahey, et al
DEFENDANT/RESPONDENT: BERTRAND MANAGEMENT GROUP LLC, et al

CASE NUMBER: SACV12-01770 CJC (ANx)

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on (date):
  (2) from (city):
  (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. [ ] **by other means** (specify means of service and authorizing code section):

 [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. [ ] as an individual defendant.
 b. [ ] as the person sued under the fictitious name of (specify):
 c. [ ] as occupant.
 d. [X] On behalf of (specify): BM GROUP LLC
    under the following Code of Civil Procedure section:
    [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                          [X] other: LLC

7. **Person who served papers**
 a. Name: FLOR VAZQUEZ
 b. Address: 558 S. HARBOR BLVD. ANAHEIM CA 92805
 c. Telephone number: 949-305-9108
 d. The fee for service was: $ 69
 e. I am:
   (1) [X] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] registered California process server:
     (i) [ ] owner   [ ] employee   [ ] independent contractor.
     (ii) Registration No.:
     (iii) County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
 or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 11/13/2012

FLOR VAZQUEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ (SIGNATURE) /s/ Flor Vazquez

OS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

For:
Address: LAW OFFICE OF JOSEPH MANNING Jr.
CSZ: 4667 MACARTHUR BLVD. #150
NEWPORT BEACH, CA 92660

# UNTIED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: SACV12-01770-CJC

## AFFIDAVIT OF SERVICE

**JOSHUA KEAHEY, et al.**

    Plaintiff/Petitioner,

vs.

**BERTRAND MANAGEMENT GROUP, LLC, et al.**

    Defendant/Respondent.
_____/

Received by **RTOT INC.** on **11/07/2012** at **11:22 AM** to be served upon:

**BERTRAND MANAGEMENT GROUP, LLC, a.k.a. BM GROUP, LLC**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO    ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **11/07/2012** at **02:31 PM**, I served the within **SUMMONS; NOTICE OF ASSIGNMENT TO US MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OT PARTIES OF COURT DIRECTED ADR PROGRAM; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; COMPLAINT** on **BERTRAND MANAGEMENT GROUP, LLC, a.k.a. BM GROUP, LLC** at **2804 GATEWAY OAKS DRIVE #200, Sacramento, CA 95833** in the manner indicated below:

By delivering a true copy of this process to **PARACORP INC.-AGENT FOR SERVICE, BY SERVING JODY MOUA-CLIENT REP** of the above named corporation and informing him/her of the contents.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

X_____
JOHN E. ARNOLD - 2009-29 (Sacramento)
RTOT INC.
558 S. HARBOR BLVD.
ANAHEIM, CA 92805
949-305-9108
Atty File#:    - Our File# 41160