| | |
|---|---|
| 1 | Joseph R. Manning, Jr., Esq. (State Bar No. 223381) |
| 2 | **THE LAW OFFICES OF JOSEPH R. MANNING, JR.** |
| 3 | **A PROFESSIONAL CORPORATION** |
|   | 4667 MacArthur Boulevard, Suite 150 |
| 4 | Newport Beach, CA 92660 |
| 5 | PH: (949) 200-8755 |
|   | FX: (866) 843-8308 |
| 6 | |
| 7 | Attorneys for Plaintiff: |
|   | JOSHUA KEAHEY, TRAVIS KEAHEY, |
| 8 | and JENNY KEAHEY |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA KEAHEY, an individual, TRAVIS KEAHEY, an individual, and JENNY KEAHEY, an individual. <br><br> PLAINTIFF, <br><br> vs. <br><br> BERTRAND MANAGEMENT GROUP, LLC, a.k.a. BM Group, LLC, MEGAN DOE, MARGO DOE, and DOES 1 to 5, <br><br> DEFENDANTS. | Case No.: SACV12-01770 CJC (ANx) <br><br> **JURY TRIAL DEMANDED** <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** <br><br> Hon. Judge Cormac J. Carney <br><br> Action Filed: October 12, 2012 |

    PLEASE TAKE NOTICE that Plaintiffs JOSH KEAHEY, TRAVIS KEAHEY, and JENNY KEAHEY, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

1

to **Defendant, BM Group, LLC**.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

    (1) By the Plaintiff.

        (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant, BM Group, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: 10/12/2012   **LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**

By: _____/s/_____
Joseph R. Manning, Jr., Esq., Attorney for
Plaintiffs Joshua Keahey, Travis Keahey,
and Jenny Keahey

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(1)**

2

# CERTIFICATE OF SERVICE

I, Chenai Brinez, a law clerk with the Law Offices of Joseph R. Manning, Jr., certify that on November 19, 212, I served the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this 19th day of November, 2012.

Bertrand Management Group, LLC
1030 North Mountain Avenue, Suite 173
Ontario, CA 91762

BM Group, LLC
7932 Waterfall Circle
Huntington Beach, CA 92648

/s/ Chenai Brinez
Chenai Brinez

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

3